IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1455 (LPS) |
| | ) |
| EMC CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS EMC CORP., EMC INTERNATIONAL U.S. HOLDINGS, INC. AND VMWARE, INC.'S MOTION TO DISMISS FOR LACK OF STANDING

Defendants EMC Corp., EMC International U.S. Holdings, Inc. and VMware, Inc. ("Defendants") hereby respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the Complaint for lack of standing. The grounds for this motion are fully set forth in the accompanying opening brief.

OF COUNSEL:

Chris R. Ottenweller
Karen G. Johnson-McKewan
Bas de Blank
Monte M. F. Cooper
Stacey E. Stillman
Jason K. Yu
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400

Paul T. Dacier
Krishnendu Gupta
William R. Clark
Thomas A. Brown
EMC CORPORATION
176 South Street
Hopkinton, MA 01748

Angela L. Padilla
Jessica W. Rossman
VMWARE, INC.
3401 Hillview Avenue
Palo Alto, CA 94304

December 20, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLOUDING IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-1455 (LPS) |
| | ) |
| EMC CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Defendants EMC Corp., EMC International U.S. Holdings, Inc. and VMware, Inc. ("Defendants") move pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the Complaint for lack of standing ("Motion"). Having considered the papers in support of and in opposition to Defendants' Motion, and the parties' oral argument thereon, and the Court having found good grounds for the requested relief,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss for Lack of Standing is GRANTED.

Dated: _____, 2014

_____
UNITED STATES DISTRICT JUDGE

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 20, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Clouding IP, LLC* | *VIA ELECTRONIC MAIL* |
| Marc. A. Fenster, Esquire<br>Dorian S. Berger, Esquire<br>Brian Ledahl, Esquire<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>*Attorneys for Clouding IP, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Paul Saindon*
Paul Saindon (#5110)